IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER GARDNER                                                    PLAINTIFF

v.                          No. 3:24-cv-95-DPM

DAVID WEST; MATT WEURAUTER,
"Tex", Jailor, Cross County Detention
Center; MALLORY WEST, Nurse, Cross
County Detention Center; ALLEN, Jailor,
Cross County Detention Center; and
MATT, Jailor, Cross County Detention
Center                                                                 DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 16*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2024