# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER GARDNER**                                           PLAINTIFF

v.                              No. 3:24-cv-95-DPM

**DAVID WEST; MATT WEURAUTER,**
**"Tex", Jailor, Cross County Detention**
**Center; MALLORY WEST, Nurse, Cross**
**County Detention Center; ALLEN, Jailor,**
**Cross County Detention Center; and**
**MATT, Jailor, Cross County Detention**
**Center**                                                        DEFENDANTS

## JUDGMENT

Gardner's second amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2024